UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | 07-MJ-53-DLM |
| ONESIMO RAMON ARIAS | : | |

ENTRY OF APPEARANCE

I, Mary S. McElroy, Assistant Federal Public Defender, do hereby enter my appearance on behalf of the defendant, Onesimo Ramon Arias.

/s/ Mary S. McElroy
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 Fax
mary_mcelroy@fd.org

CERTIFICATION

I do hereby certify that on this 31st day of May 2007, the within was filed electronically and is available for viewing and downloading from the ECF system with a copy to Zechariah Chafee, AUSA.

/s/ Mary S. McElroy