AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Onesimo Ramon Arias

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:07 MJ 53M

I, Onesimo Ramon Arias, charged in a (complaint) (petition) pending in this District with Unlawful re-entry to U.S. in violation of Title 8, U.S.C., 1326, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Onesimo Arias
Defendant

5/31/07
Date

Mary S. McElroy
Counsel for Defendant