AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

1332043

District of RHODE ISLAND

UNITED STATES OF AMERICA
V.
ONESIMO RAMON ARIAS

## WARRANT FOR ARREST

Case Number: 1:07M-53M

RECEIVED
U.S. MARSHALS SERVICE
MAY 25 2007
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ONESIMO RAMON ARIAS
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Illegal reentry of a previously deported alien

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

DAVID L. MARTIN
Name of Issuing Officer

David L Martin
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

5/25/07 Providence, RI
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at<br>arrested by ICE | | |
| DATE RECEIVED 05/25/2007<br>DATE OF ARREST 05/31/2007 | NAME AND TITLE OF ARRESTING OFFICER<br>G Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |